IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES VALDEZ,<br><br>            Petitioner,<br><br>       v.<br><br>GENA JONES,<br><br>            Respondent. | No. 2:23-CV-0950-TLN-DMC-P<br><br><br>ORDER |

Petitioner, a prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's third motion, ECF No. 18, for a second 30-day extension of time to file a traverse.  Good cause appearing therefor based on counsel's declaration indicating that the request is unopposed, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time to file a traverse, ECF No. 18, is GRANTED.

2. Petitioner may file a traverse within 30 days of the date of this order.

Dated: January 16, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE